IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| CLAUDE E. FRANCIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 8:23-cv-02821-SDM-SPF |
| | ) | |
| v. | ) | Judge Steven D. Merryday |
| | ) | |
| ALLIED INTERSTATE LLC, | ) | Magistrate Judge Sean P. Flynn |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Tyler J. Hamilton, Esq. respectfully moves under Local Rule 2.01(c) for special admission to represent Defendant Allied Interstate LLC ("Allied"), in this action. In support of this unopposed motion, Mr. Hamilton states as follows:

1. I am neither a Florida resident nor a member of the Florida Bar.

2. I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Eastern District of Missouri and the United States District Court for the Western District of Missouri.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in any cases in state or federal court in Florida in the last thirty-six months.

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

>Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

>I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

WHEREFORE, Tyler J. Hamilton, respectfully requests that the Court enter an order granting Mr. Hamilton special admission to represent Allied in this action.

## LOCAL RULE 3.01(g) CERTIFICATION

Allied's counsel has conferred with Plaintiff's counsel who does not oppose this motion.

Respectfully submitted,

ALLIED INTERSTATE LLC

By: /s/ *Tyler J. Hamilton*

One of its attorneys

Tyler J. Hamilton (*pro hac vice* pending)
IL Bar No. 6344935
MO Bar No. 72830
PILGRIM CHRISTAKIS LLP
One South Dearborn Street, #1420
Chicago, Illinois 60603
Telephone: (312) 280-0442
Fax: (312) 939-0983
Email: thamilton@pilgrimchristakis.com

## **CERTIFICATE OF SERVICE**

      Tyler J. Hamilton, an attorney, certifies that on January 24, 2024, he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                           /s/ *Tyler J. Hamilton*